No. 82–348.   CPC International, Inc., et al. *v.* Goldberg et al.   C. A. 9th Cir.   Certiorari denied.

No. 82–369.   Gulf Offshore Co., a Division of Pool Co. *v.* Mobil Oil Corp.   Ct. App. Tex., 14th Sup. Jud. Dist.   Certiorari denied.

No. 82–375.   Louis N. Ritten & Co. *v.* Commissioner of Revenue of Minnesota.   Sup. Ct. Minn.   Certiorari denied.

No. 82–417.   Holcombe *v.* Alabama.   Ct. Crim. App. Ala.   Certiorari denied.

No. 82–421.   LaBar Enterprises, Inc., et al. *v.* United States; and
No. 82–431.   LaBar et al. *v.* United States.   C. A. 3d Cir.   Certiorari denied.   Reported below: 688 F. 2d 826.

No. 82–429.   Honicker *v.* United States et al.   C. A. D. C. Cir.   Certiorari denied.

No. 82–449.   Daly et al. *v.* United States.   C. A. 8th Cir.   Certiorari denied.

No. 82–454.   Pate et al. *v.* United States.   C. A. 2d Cir.   Certiorari denied.

No. 82–465.   Taylor et al. *v.* United States.   C. A. 1st Cir.   Certiorari denied.

No. 82–514.   Morton *v.* Providence Hospital.   C. A. D. C. Cir.   Certiorari denied.

No. 82–5030.   Chavis-El *v.* Greer et al.   C. A. 7th Cir.   Certiorari denied.

No. 82–5115.   LaBow *v.* Mall.   Sup. Ct. Conn.   Certiorari denied.